ADAM WANG (SBN 201233)
DAL BON & WANG
12 S FIRST STREET Suite 613
SAN JOSE, CA 95113
Tel:  292-1040
Fax:  408-292-1045
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA


ANDRES AGUERO VILLANUEVA,

           Plaintiff,

      vs.

MIS AMIGOS MEAT MARKET, URIEL

GONZALEZ, ANA GONZALEZ and DOES

1-10

          Defendants

          )
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: C07-05733 JW

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial of causes of actions alleged in his Complaint.


Dated:  November 9, 2007

By:  /s/ Adam Wang
     Adam Wang
     Attorney for Plaintiff