IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Andres Villanueva,<br><br>      Plaintiff,<br>  v.<br><br>Mis Amigos Meat Market, et al.,<br><br>      Defendants. | NO. C 07-05733 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON ORDER TO SHOW CAUSE RE: DISMISSAL** |

On November 13, 2007, Plaintiff filed a Complaint against Defendants. (Docket Item No. 1.) The Court had set a Case Management Conference for April 7, 2008 . However, Plaintiff does not appear to have served Defendants, and Plaintiff has failed to file a Case Management Statement in accordance with the Civil Local Rules. Therefore, the Court VACATES the Case Management Conference.

Since the deadline for service under Federal Rule of Civil Procedure 4(m) was March 12, 2008, the Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **April 28, 2008 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why this case should not be dismissed for failure to serve Defendants in accordance with Rule 4(m). The certificate shall set forth in factual summary the reason service has not been made and what steps Plaintiff is taking to pursue the action, its present status and the expected future course of the litigation.

1   If Plaintiff fails to file the certification by **April 18, 2008**, the Show Cause hearing will be
2  vacated automatically and the case will be dismissed pursuant to Rule 4(m).
3   Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
4  this action.

6  Dated: April 3, 2008

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Wang waqw@sbcglobal.net

3

4  **Dated: April 3, 2008**                                    **Richard W. Wieking, Clerk**

5                                                              **By:    /s/ JW Chambers    **
                                                                  **Elizabeth Garcia**
6                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California